UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

WORLDWIDE PROPERTIES USA, INC., Case No: 6:25-cv-1360-JSS-LHP

Plaintiff,

v.

GENERAL CASUALTY COMPANY OF WISCONSIN,

Defendant.
_______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

_x___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**This action styled Worldwide Properties USA, Inc. v. General Casualty Company of Wisconsin, filed in the 9th Circuit Court of Orange County, Case No: 25-CA-5692-O**

_______ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

| BITMAN, O'BRIEN, PLLC<br><br>/s/ Ronnie Bitman | HINSHAW & CULBERTSON LLP<br><br>/s/ Joseph V. Manzo |
|---|---|
| Ronnie Bitman, Esquire<br>Florida bar No 744891<br>610 Crescent Executive Ct, Ste, 112<br>Lake Mary, Fl 32746<br>407-815-3115<br>rbitman@bitman-law.com<br>acrown@bitman-law.com<br>Counsel for Plaintiff | Joseph V. Manzo, Esquire<br>Florida Bar 52309<br>2811 Ponce de Leon Blvd.<br>10th floor, Suite 1000<br>Coral Gables, FL 33134<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063<br>jmanzo@hinshawlaw.com<br>eriesgo@hinshawlaw.com<br>jhodges@hinshawlaw.com<br>Counsel for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will be sent by electronic mail to all counsel of record.

HINSHAW & CULBERTSON LLP

*/s/ Joseph V. Manzo*
Joseph V. Manzo, Esq
Florida Bar 52309
2811 Ponce de Leon Blvd.
10th Floor, Suite 1000
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
jmanzo@hinshawlaw.com
eriesgo@hinshawlaw.com
jhodges@hinshawlaw.com
*Attorney for Defendant*