UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

WORLDWIDE PROPERTIES USA, INC. AND LANCASTER SQUARE ORLANDO, LLC.

CASE NO.: 6:25-cv-01360-JSS-LHP

Plaintiffs,

v.

GENERAL CASUALTY COMPANY OF WISCONSIN,

Defendant,

_____________________________________/

**NOTICE OF SETTLEMENT**

The Defendant, General Casualty Company of Wisconsin, ("GCCW"), notifies the Court that the parties have reached a settlement and will not be proceeding further with this case. Upon completion of the settlement documents, the parties will file a stipulation of dismissal with prejudice.

Respectfully submitted,

*s/ Joseph V. Manzo*
Joseph V. Manzo, Esq.
Florida Bar No. 52309
jmanzo@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2811 Ponce de Leon Boulevard
Suite 1000, 10th Floor
Coral Gables, FL 33134
Tel: 305-358-7747
Fax: 305-577-1063
*Counsel for Defendant,*
*General Casualty Company of Wisconsin*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ronnie Bitman, Esq.
Bitman O'Brien PLLC
610 Crescent Executive Ct.
Suite 112
Lake Mary, Florida
Telephone (407) 815-3110
Facsimile (407) 815-3107
rbitman@bitman-law.com
*Counsel for Plaintiffs*

HINSHAW & CULBERTSON LLP

*/s/ Joseph V. Manzo*
Joseph V. Manzo, Esq.
Florida Bar No. 52309