UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WORLDWIDE PROPERTIES USA, INC., and LANCASTER SQUARE ORLANDO, LLC,

Plaintiffs,

v. Case No: 6:25-cv-1360-JSS-LHP

GENERAL CASUALTY COMPANY OF WISCONSIN,

Defendant.
_______________________________/

# ORDER

Defendant has filed a notice indicating that this case has settled. (Dkt. 28.) Accordingly, pursuant to Local Rule 3.09, this case is **DISMISSED** without prejudice and subject to the right of the parties, within sixty days of the date of this order, to move for entry of a stipulated form of final order or judgment should they so choose or for any party to move to reopen the case, upon good cause shown. After that sixty-day period, however, the dismissal shall be with prejudice. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close the case.

**ORDERED** in Orlando, Florida, on February 11, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record