UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

WORLDWIDE PROPERTIES USA, INC. and LANCASTER SQUARE ORLANDO. LLC.,

Plaintiffs,

CASE NO. 6:25-cv-01360-JSS-LHP

vs.

GENERAL CASUALTY COMPANY OF WISCONSIN,

Defendant.

_______________________________________ /

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties, that all matters in controversy herein have been amicably adjusted, compromised, settled, satisfied and released, by and between the parties hereto, and this case, and any claims potentially missing therefrom is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 21st day of April, 2026.

BITMAN, O'BRIEN, PLLC.
610 Crescent Executive Ct.
Suite 112
Lake Mary, Florida 32746
Telephone: (407) 815-3115
rbitman@bitman-law.com

*s/ Ronnie Bitman*
Ronnie Bitman, Esq.
Florida Bar No. 744891
*Counsel for Plaintiffs*

HINSHAW & CULBERTSON LLP
2811 Ponce de Leon Boulevard
Suite 1000, 10th Floor
Coral Gables, Florida 33134
Telephone: (305) 358-7747
jmanzo@hinshawlaw.com

*s/ Joseph V. Manzo*
Joseph V. Manzo, Esq.
Florida Bar No. 52309
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2026, I electronically filed the foregoing via the CM/ECF system which will send a notice of electronic filing to all counsel of record.

HINSHAW & CULBERTSON LLP

*s/Joseph V. Manzo*

Joseph V. Manzo, Esq.
Florida Bar No. 52309
jmanzo@hinshawlaw.com
2811 Ponce de Leon Boulevard
Suite 1000, 10th Floor
Coral Gables, Florida 33134
Telephone: (305) 358-7747
Facsimile: (305) 577-1063